# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Nathan Mowery**

    Plaintiff(s),

VS.

**National Geospatial Intelligence Agency, et al**

    Defendant(s).

Attorney: Christina A. Jump

Constitutional Law Center for Muslims in America
833 E. Arapaho Road, Suite 102
Richardson TX 75081



*260122*

**Case Number: 1:20-cv-03170-TJK**

Legal documents received by Same Day Process Service, Inc. on **12/01/2020** at **4:12 PM** to be served upon **National Geospatial Intelligence Agency, U.S. Department of Defense - Central Intelligence Agency, Office of the Director of National Security, by serving Michael R. Sherwin - Acting U.S. Attorney, District of Colulmbia**, at United States Attorney's Office, 501 3rd St., NW, 4th Fl., Washington, DC, 20530

I, **Sara Inez Christa Taite-Trail**, swear and affirm that on **December 02, 2020** at **10:38 AM**, I did the following:

Served **National Geospatial Intelligence Agency, U.S. Department of Defense - Central Intelligence Agency, Office of the Director of National Security, by serving Michael R. Sherwin - Acting U.S. Attorney, District of Colulmbia, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Civil Docket for Case; Civil Cover Sheet; Complaint; Motion for Leave to File Plaintiff Original Complaint and Request for Injunctive Relief and Damages Under Seal; [Proposed] Order; Consent Motion for Leave to File Plaintiff's Original Complaint and Request for Injunctive Relief Under Seal; [Proposed] Order; Order (Filed on 11-03-2020); Appearance of Counsel; Order (Filed on 11-12-2020); Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge** to **Theresa Jones** as **Supervisor & Authorized Agent** at **United States Attorney's Office, 501 3rd St., NW, 4th Fl., Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 35-40 Height: 5ft0in-5ft4in Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Sara Taite-Trail_ (signature)

**Sara Inez Christa Taite-Trail**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: 260122

District of Columbia: SS
Subscribed and Sworn to before me this 2nd day of December 2020

_Michael Molash_ (signature), Notary Public, D.C.
My commission expires July 14, 2022